

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00572-CR

BRIAN DUMONT JACKSON                                                              APPELLANT

V.

THE STATE OF TEXAS                                                                      STATE

----------

## FROM THE COUNTY COURT AT LAW OF COOKE COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On November 1, 2012, the trial court convicted Appellant Brian Dumont Jackson of driving while intoxicated and sentenced him to three days' confinement and an $850 fine. Jackson timely filed a motion for new trial and notice of appeal on November 27, 2012. *See* Tex. R. App. P. 21.4(a), 26.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

The trial court subsequently granted his motion for new trial on December 18, 2012, and set the case for a jury trial to be held on May 14, 2013.

On January 9, 2013, we notified Jackson that the appeal appears to be moot because the trial court granted his motion for new trial.  *See* Tex. R. App. P. 21.9(b).  We requested that he file a response stating grounds to continue the appeal on or before January 22, 2013, if he desired to continue the appeal.  *See* Tex. R. App. P. 44.3.  No response was filed.

Accordingly, because the trial court granted Jackson's motion for new trial, making any appeal from the original judgment moot, we dismiss this appeal.  *See* Tex. R. App. P. 21.9(b), 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 2, 2013